**98–2194.  In re Motion to Quash of Bailey.**
This cause is pending before the court on a motion to quash of Donald L. Bailey.  Upon consideration of the motion to quash subpoena *duces tecum* and on motion for stay of subpoena *duces tecum* pending decision on motion to quash,

IT IS ORDERED by the court that the motion to quash and motion for stay be, and hereby are, denied.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, November 19, 1998*

## MISCELLANEOUS DOCKET

## BEFORE THE COMMISSION OF FIVE JUDGES
## APPOINTED BY
## THE SUPREME COURT OF OHIO

In re Judicial Campaign Complaint
Against Jonathan P. Hein

Case No. 98–2388

## ORDER

Pursuant to Rule II, Section 5(E)(1) of the Supreme Court Rules for the Government of the Judiciary of Ohio, the five-judge commission appointed to consider the above-cited matter met by telephone conference on November 19, 1998 to consider the record made before the hearing panel of the Board of Commissioners on Grievances and Discipline and the report of the hearing panel filed with the Supreme Court of Ohio on November 10, 1998.

Having considered the report of the hearing panel and the record in this proceeding, the five-judge commission hereby orders that the parties may file written briefs not to exceed fifteen pages with the Clerk of the Supreme Court no later than December 7, 1998.  The parties may file reply briefs not to exceed ten pages no later than December 14, 1998.  The briefs shall be limited to the issues presented in Count II of the complaint filed by the Secretary of the Board of Commissioners on Grievances and Discipline on October 29, 1998 and the findings, conclusions, and recommendations of the Board hearing panel with respect to Count II contained in the hearing panel's report of November 10, 1998. Briefs shall be filed in the manner set forth in the Supreme Court's order of November 16, 1998.  A copy shall be served on opposing counsel.

BY ORDER OF THE COMMISSION.

Richard A. Dove
Secretary to the Commission
Dated:  November 19, 1998